581 A.2d 565

**Elma SPENCER, as Administratrix and Personal Representative of the Estate of Nicole Spencer, Deceased, and in her own right as said decedent's natural mother and sole heir-at-law and next-of-kin, Appellant,**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY and Robert Maher and Edward Charlton, Appellees.**

Supreme Court of Pennsylvania.

Argued April 11, 1989.

Decided Oct. 31, 1990.

---

Robert C. Daniels, Philadelphia, for appellant.

John M. Phelan, David P. Bruton, Alfred W. Putnam, Jr., Cheryl H. Picker, James F. Kilcur, Jr., Gen. Counsel, Septa, Philadelphia, for Septa, Maher & Charlton.

Ernest D. Preate, Jr., Atty. Gen., Thomas B. York, Deputy Atty. Gen., John G. Knorr, III, Chief, Deputy Atty. Gen., Robert M. Brown, Scott D. Cessar, Louis C. Long, Pittsburgh, Charisse R. Lillie, Gen. Counsel, Philadelphia, Ann Lavelle Powell, Scranton, Seymour Kurland, City Sol., Norma S. Weaver, Deputy In Charge of Claims, Barbara R. Axelrod, Divisional Deputy, Philadelphia, Louis R. Martin, Jacqueline M. Verney, Harrisburg, Gabriel L.I. Bevilacqua, Leslie P. Hitchings, Philadelphia, Francis P. Connors, Delaware Co. Solicitor, John S. Halsted, Chester Co. Solicitor, Frederic M. Wentz, Montgomery Co. Solicitor, Peter Glascott, Bucks Co. Solicitor, for amicus curiae in support of respondents.

## ORDER

PER CURIAM.

The order of the Philadelphia County Court of Common Pleas is affirmed. *See, Marshall v. Port Authority of Allegheny County*, 524 Pa. 1, 568 A.2d 931 (1990); *Feingold v. Southeastern Pennsylvania Transportation Authority*, 512 Pa. 567, 517 A.2d 1270 (1968).

NIX, C.J., did not participate in the consideration or decision of this matter.

LARSEN and PAPADAKOS, JJ., file dissenting opinions.

LARSEN, Justice, dissenting.

I dissent to the majority's per curiam order of affirmance. I would reverse on the basis of my dissent in *Feingold v.*

*Southeastern Pennsylvania Transportation Authority,* 512 Pa. 567, 517 A.2d 1270 (1968) and Mr. Justice Papadakos' dissent (joined by Larsen, J.) in *Marshall v. Port Authority of Allegheny County,* 524 Pa. 1, 568 A.2d 931 (1990).

PAPADAKOS, Justice, dissenting.

For the reasons stated in my dissenting opinion in *Marshall v. Port Authority of Allegheny County,* 524 Pa. 1, 568 A.2d 931 (1990), I dissent to the affirmance of the trial court's order granting summary judgment. To paraphrase the bards, what is clear and explicit in the language of the statute is in the eye of the beholder. The majority chastises me for delving into the intent of the legislature, yet the majority necessarily reads the intent of the legislature in reaching an opposite conclusion. Nowhere in the Act does the legislature say that *some* or *all* of the Commonwealth agencies shall enjoy immunity. The Act simply says that the agencies shall *continue* to enjoy immunity. Clear and concise use of the English language permits one to continue to enjoy something which someone has been enjoying. The majority should practice what it preaches and read the clear and explicit language of the statute and not buttress its conclusion with a *sub silencio* use of the intent of the legislature.